UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
AUG -6 2013
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA BLAND,<br><br>Defendant. | Criminal No. 1:13-CR-66<br><br>Violations: 18 U.S.C. § 662 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Receipt and Concealment of Embezzled Funds on Federal Property)

Between on or about June 28, 2011, and on or about August 18, 2012, at or near Clarksburg, Harrison County, West Virginia, in the Northern District of West Virginia, within the special maritime and territorial jurisdiction of the United States, namely the Louis A. Johnson Veterans Administration Medical Center, the defendant, **LINDA BLAND**, received and concealed over $1,000 in money and funds that she had feloniously taken, stolen, and embezzled, in violation of Title 18, United States Code, Section 662.

A true bill,

/s/
Foreperson
(Signature on File)

/s/
WILLIAM J. IHLENFELD, II
United States Attorney